# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Faustino Arguello<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:26-MJ-2341-DUTY-1 |

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of <u>the Court</u> , IT IS ORDERED that a detention hearing is set for <u>April 27</u> , <u>2026</u> , at <u>10:30</u>  ☒a.m. / ☐p.m. before the Honorable <u>Rozella A. Oliver</u> , in Courtroom <u>590</u> .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>4/22/26</u>

_____
U.S. ~~District Judge~~/Magistrate Judge

Judge Oliver

CR-66 (10/97)                                                                 Page 1 of 1